UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-60087 |
| v. | * | JUDGE HAIK |
| RUSSELL J. BANDY, JR. | * | MAGISTRATE JUDGE METHVIN |

PRELIMINARY ORDER OF FORFEITURE

**WHEREAS**, in Counts Two and Three of the Bill of Information, the United States sought forfeiture, pursuant to Title 18, United States Code, Sections 2319A and 981(a)(1)(C) and Title 28, United States Code, Section 2461 of the:

- the property located at 1182 West Covered Wagon Drive, Pueblo, Colorado, more specifically described as: Parcel Number: 605405012, Legal Description: Lot 6; Block 10; Tract 309 Pueblo West, Colorado as platted of record in Pueblo County, Colorado and recorded in Book 2019, Page 906.
- the property located at 123 Blue Branch Drive, Eatonton, Georgia, more specifically described as:

Tract No. 1:

Lot Thirty-eight (38) as shown on that certain Property Survey prepared for Owens-Illinois Development Corporation by Charles Wm. Roberts, revised April 7, 1978, recorded in Putnam County, Georgia, Plat Book 9, page 9, said lot containing 0.80 acre, more or less, situate, lying and being in the Second Land District, 312th G.M. District, Putnam County, Georgia.

Tract No. 2:

Lot Thirty-nine (39) as shown on that certain Property Survey prepared for Owens-Illinois Development Corporation by Charles Wm. Chuck Roberts, revised April 7, 1978, recorded in Putnam County, Georgia, in Plat Book 9, page 9, said lot containing 0.84 acre, more or less, situate, lying and being in the Second Land District, 312th, G.M. District, Putnam County, Georgia.

- Items seized during the execution of the state search warrant at Murmur Records, 2120-B Sunnyvale Blvd., Clearwater, Florida on August 28, 2002, including:

ICE Seizure Numbers 2007SZ003299701 / 2007182200001701

Line Item 001: Six Mediaform Compact Disk Burners

Line Item 002: Two Rimage Thermal Label Printers

Line Item 003: Two Minuteman Battery Backup Units

Line Item 004: One HP Scanjet Scanner

Line Item 005: One DTK Computer Tower

Line Item 006: One DTK Computer Monitor

Line Item 007: One Telex Copyette Cassette Tape Copier

Line Item 008: One Acer Computer Tower

Line Item 009: 59 Boxes Containing Compact Disks

Line Item 010: 132 Boxes Containing Compact Disk Inserts

Line Item 011: 145 Boxes Containing Compact Disk Packaging Material

Line Item 012: One Box of Sample Counterfeit Disks

Line Item 013: 16 Boxes of Miscellaneous Documents

The listed assets are forfeited pursuant to Title 18, United States Code, Sections 2319A and 981(a)(1)(C) and Title 28, United States Code, Section 2461as property involved in or facilitating the offense charged in Count One of the Bill of Information as property constituting or derived from proceeds traceable to said offense.

**AND WHEREAS**, on January 18, 2007 the captioned defendant pled guilty to Counts One, Two and Three of the Bill of Information. Pursuant to his plea agreement and the Consent Decree of Forfeiture filed on January 18, 2007, the defendant agreed to forfeit the aforementioned items involved in the offenses described in the Bill of Information, and all property traceable thereto.

**THEREFORE**, the United States is entitled to an Order of Forfeiture of said assets.

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That, pursuant to Title 18, United States Code, Sections 2319A and 981(a)(1)(C) and Title 28, United States Code, Section 2461, all right, title, and interest of the defendant, RUSSELL J. BANDY, JR., to the aforementioned items involved in the offenses described in the Bill of Information, and all property traceable thereto is hereby forfeited to the United States;

2. That, pursuant to 21 U.S.C. § 853(n), the United States Marshal forthwith shall publish once for three (3) consecutive weeks in a newspaper of general circulation, notice of this Order, notice of the Marshal's intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the defendant, RUSSELL J. BANDY, JR., having or claiming a legal interest in the forfeited property must file a petition with this Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the forfeited property; shall be signed by the petitioner under penalty of perjury; and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petition's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture, as a substitute for published notice as to those persons so notified; and,

3. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

THUS ORDERED AND SIGNED this 9th day of April, 2007 at Lafayette, Louisiana.

RICHARD T. HAIK
United States District Judge